## (January 14, 1976)

MORGAN AND BROTHER MANHATTAN STORAGE COMPANY, INC., v HERBERT M. BALIN et al.—Motion, insofar as it seeks reargument, denied. Motion, insofar as it seeks leave to appeal to the Court of Appeals, granted, and the following question certified: "Was the judgment of the Supreme Court, as affirmed by this court, properly made?" The order of this court entered on May 8, 1975 is vacated. Concur—Stevens, P. J., Markewich, Capozzoli, Lane and Nunez, JJ.

## (January 15, 1976)

In the Matter of PETER FRIED et al., Petitioners, v BURTON ROBERTS, as Justice of the Supreme Court of the State of New York, Respondent.— Application pursuant to article 78 of the Civil Practice Law and Rules unanimously denied, the cross motion granted, and the petition dismissed, without costs and without disbursements. No opinion. Concur—Stevens, P. J., Murphy, Birns, Capozzoli and Nunez, JJ.